**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____      Chapter      **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Northeast Health Group, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3273530** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **200 Kendall St.**<br>**Springfield, MA 01104**<br>Number, Street, City, State & ZIP Code | **Two Bala Plaza Suite 300**<br>**Bala Cynwyd, PA 19004**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hampden**<br>County | **Location of principal assets, if different from principal place of business**<br>**200 Kendall St., Springfield, MA; 66 Broad St., Westfield, MA; 546 Chicopee St. & 11 Saint Anthony St., Chicopee, MA**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **The Northeast Health Group, Inc.**                                    Case number (*if known*)
     Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6231**

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

---

Debtor   **The Northeast Health Group, Inc.**                    Case number (*if known*) _____
          Name

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☐ No
- ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☑ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?**

**200 Kendall St., Springfield, MA 01104**
**66 Broad St., Westfield, MA  01085**
**11 St. Anthony St.,  & 546 Chicopee St.,**
**Chicopee, MA, 01013-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☑ Yes. | Insurance agency | **Zurich American Insurance Company** |
  | Contact name | **John Cochran, CIC** |
  | Phone | **800-382-2150** |

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **The Northeast Health Group, Inc.**

Case number *(if known)*

Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 13, 2023**
MM / DD / YYYY

X _Ann Mullen DelCollo_
Signature of authorized representative of debtor

**Ann Mullen DelCollo**
Printed name

Title   **Chairperson**

**18. Signature of attorney**

X /s/ Jonathan M. Horne
Signature of attorney for debtor

Date   **April 13, 2023**
MM / DD / YYYY

**Jonathan M. Horne**
Printed name

**Murtha Cullina LLP**
Firm name

**33 Arch Street, 12th Floor**
**Boston, MA 02110**
Number, Street, City, State & ZIP Code

Contact phone   **617-457-4000**

Email address   **jhorne@murthalaw.com**

**673098 MA**
Bar number and State

Debtor    **The Northeast Health Group, Inc.**                    Case number (*if known*) _____
                Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Chapin Center RE LLC** | | Relationship to you | | |
| District | **Massachusetts** | When | Case number, if known | | |
| Debtor | **Governor's Center RE LLC** | | Relationship to you | | |
| District | **Massachusetts** | When | Case number, if known | | |
| Debtor | **Willimansett Center East LLC** | | Relationship to you | | |
| District | **Massachusetts** | When | Case number, if known | | |
| Debtor | **Willimansett Center West LLC** | | Relationship to you | | |
| District | **Massachusetts** | When | Case number, if known | | |

Fill in this information to identify the case:

Debtor name **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 13, 2023**          x  *Ann Mullen  Del Collo*
                                          Signature of individual signing on behalf of debtor

                                          **Ann Mullen DelCollo**
                                          Printed name

                                          **Chairperson**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __**The Northeast Health Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $ _____**794,008.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ _____**794,008.00**

---

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**Unknown**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$ ____**6,549,145.81**

4.   Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b                                                                                         $ ____**6,549,145.81**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Republic Bank** | **Checking** | **7376** | **$90,772.00** |
| 3.2. | **Republic Bank** | **MMA** | **7449** | **$0.00** |
| 3.3. | **Republic Bank** | **Depository - Government** | **7406** | **$0.00** |
| 3.4. | **Republic Bank** | **Depository - Government** | **7473** | **$0.00** |
| 3.5. | **Republic Bank** | **Depository - Government** | **7538** | **$0.00** |
| 3.6. | **Republic Bank** | **Depository - Government** | **7597** | **$0.00** |

Debtor   **The Northeast Health Group, Inc.**
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 3.7. | **Republic Bank** | **Depository - Non Government** | **7414** | **$0.00** |
| 3.8. | **Republic Bank** | **Depository - Non Government** | **7481** | **$0.00** |
| 3.9. | **Republic Bank** | **Depository - Non Government** | **7554** | **$0.00** |
| 3.10. | **Republic Bank** | **Depository - Non Government** | **7600** | **$0.00** |
| 3.11. | **Pacific Western Bank** | **Checking** | **7205** | **$0.00** |
| 3.12. | **Pacific Western Bank** | **Depository - Non Government** | **0838** | **$0.00** |
| 3.13. | **Pacific Western Bank** | **Depository - Non Government** | **0788** | **$0.00** |
| 3.14. | **Pacific Western Babk** | **Depository - Non Government** | **1018** | **$0.00** |
| 3.15. | **Pacific Western Bank** | **Depository - Non Government** | **0978** | **$0.00** |
| 3.16. | **Republic Bank** | **Payroll** | **6646** | **$8,556.00** |
| 3.17. | **Republic Bank** | **Petty Cash** | **7430** | **$0.00** |
| 3.18. | **Republic Bank** | **Petty Cash** | **7503** | **$0.00** |
| 3.19. | **Republic Bank** | **Petty Cash** | **7570** | **$0.00** |
| 3.20. | **Republic Bank** | **Petty Cash** | **7619** | **$0.00** |

Debtor  **The Northeast Health Group, Inc.**                                Case number *(If known)*  _____
Name

| | | | |
|---|---|---|---|
| 3.21. | **Republic Bank** | **Emergency Card** | **7457** | **$0.00** |
| 3.22. | **Republic Bank** | **Emergency Card** | **7511** | **$0.00** |
| 3.23. | **Republic Bank** | **Emergency Card** | **7589** | **$0.00** |
| 3.24. | **Republic Bank** | **Emergency Card** | **7627** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                              **$99,328.00**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Otis Elevator - Elevator Service** | **$3,555.00** |
| 8.2. | **Curaspan** | **$770.00** |
| 8.3. | **Healthcare Association Dues** | **$32,946.00** |
| 8.4. | **Flood Insurance** | **$8,781.00** |
| 8.5. | **Cyber Insurance** | **$8,498.00** |
| 8.6. | **Surety Bond for Resident Trust Funds** | **$3,775.00** |

Debtor   **The Northeast Health Group, Inc.**                Case number *(If known)* _____
Name

8.7.   **Auto Insurance  - Owner and Driver**                          **$3,255.00**

8.8.   **Crime Insurance**                                            **$3,095.00**

8.9.   **D&O Liability**                                              **$7,527.00**

9.   **Total of Part 2.**                                              $72,202.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       **483,378.00**      -       **0.00**     = ....    **$483,378.00**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:          **217,080.00**      -      **77,980.00**    =....    **$139,100.00**
                              face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                             $622,478.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Chapin Center RE LLC**   **100** % | | **$0.00** |
| 15.2. | **Governor's Center RE LLC**   **100** % | | **$0.00** |

Debtor    **The Northeast Health Group, Inc.**                    Case number *(If known)* _____
Name

| 15.3. | **Willimansett Center West RE LLC** | 100 | % | | $0.00 |
|---|---|---|---|---|---|

| 15.4. | **Willimansett Center East RE LLC** | 100 | % | | $0.00 |
|---|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                    $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Misc Furniture, Fixtures & Equipment** | $380,372.99 | | Unknown |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    $0.00
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No

Debtor    **The Northeast Health Group, Inc.**                              Case number *(If known)* _____
          Name

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Misc. Healthcare & IT Equipment** | **$111,651.58** | | **Unknown** |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.    **Chapin Center - 200<br>Kendall Street,<br>Springfield, MA<br>01104** | **Operator/Lease** | **$844,444.89** | | **Unknown** |

Debtor   **The Northeast Health Group, Inc.**                Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Governor's Center - 66 Broad Street, Westfield, MA** | Operator/Lease | **$809,953.06** | | **Unknown** |
| 55.3. | **Willimansett East - 11 St. Anthony Street, Chicopee, MA** | Operator/Lease | **$513,968.52** | | **Unknown** |
| 55.4. | **Willimansett West - 546 Chicopee Street, Chicopee, MA** | Operator/Lease | **$849,284.89** | | **Unknown** |

56.  **Total of Part 9.**                                                                                       **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites https://chapincenter.com https://governorcenter.com https://willimansettcentereast.com https://willimansettcenterwest.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                       **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
■ Yes

Debtor      **The Northeast Health Group, Inc.**                                    Case number *(If known)* _____
Name

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | **The Northeast Health Group, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $99,328.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $72,202.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $622,478.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $794,008.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $794,008.00 |

**Fill in this information to identify the case:**

Debtor name    **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Midland States Bank** | | |
| --- | --- | --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien

Column A: **Unknown**

Column B: **Unknown**

**5991 S. Highway 94
Saint Charles, MO 63304**

Creditor's mailing address

**Describe the lien**

**Security interest granted in connection with subsidiaries' HUD loans**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Jeremy Robitaille<br>Office of Healthcare Programs<br>HUD - Boston Field Office<br>10 Causeway Street, Rm 301<br>Boston, MA 02222** | Line   **2.1** | |

Debtor    **The Northeast Health Group, Inc.**
_____
            Name                                               Case number (*if known*)  _____

**Secretary of HUD**
**Office of Healthcare Programs**                      Line  **2.1**
**451 Seventh Street, SW**
**Washington, DC 20410**

| Fill in this information to identify the case: |
| --- |

Debtor name  **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1** Nonpriority creditor's name and mailing address <br> **ABILITY NETWORK, INC** <br> **PO BOX 856015** <br> **MINNEAPOLIS, MN 55485-6015** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$8,582.10** |
| **3.2** Nonpriority creditor's name and mailing address <br> **ACCURATE SECURITY LLC** <br> **360B QUEEN ST #375** <br> **SOUTHINGTON, CT 06489** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,820.00** |
| **3.3** Nonpriority creditor's name and mailing address <br> **ADP, LLC** <br> **PO BOX 842875** <br> **BOSTON, MA 02284-2875** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,964.58** |
| **3.4** Nonpriority creditor's name and mailing address <br> **AGAWAM MEDICAL SUPPLY, INC** <br> **56 ABRAMS STREET** <br> **AGAWAM, MA 01001** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **The Northeast Health Group, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **ALCO SALES & SERVICE COMPANY, CORP** | ☐ Contingent | |
| | **6851 HIGH GROVE BLVD** | ☐ Unliquidated | |
| | **BURR RIDGE, IL 60527** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.17** |
| | **ALIMED INCORPORATED** | ☐ Contingent | |
| | **PO BOX 206417** | ☐ Unliquidated | |
| | **DALLAS, TX 75320** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,925.50** |
| | **ALLEGIANCE NURSING INC** | ☐ Contingent | |
| | **1 FEDERAL ST** | ☐ Unliquidated | |
| | **BLDG 101** | ☐ Disputed | |
| | **SPRINGFIELD, MA 01105** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **ALLSCRIPTS HEALTHCARE, LLC** | ☐ Contingent | |
| | **24630 NETWORK PL** | ☐ Unliquidated | |
| | **CHICAGO, IL 60673-1246** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,055.30** |
| | **ALLSTATE FIRE EQUIPMENT** | ☐ Contingent | |
| | **70 ROBERT JACKSON WAY** | ☐ Unliquidated | |
| | **PLAINVILLE, CT 06062** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
| | **AQUARIUM PRO, INC** | ☐ Contingent | |
| | **PO BOX 657** | ☐ Unliquidated | |
| | **SOUTHAMPTON, MA 01073-0657** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,659.75** |
| | **ASSA ABLOY ENTRANCE SYSTEMS** | ☐ Contingent | |
| | **PO BOX 827375** | ☐ Unliquidated | |
| | **PHILADELPHIA, PA 19182-7375** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **BACKUPIFY, INC**<br>**PO BOX 21465**<br>**NEW YORK, NY 10087-1465** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **BAUDVILLE, INC**<br>**5380 52ND ST, SOUTHEAST**<br>**GRAND RAPIDS, MI 49512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.64 |
|---|---|---|---|
| | **BIMBO FOODS, INC**<br>**PO BOX 745618**<br>**PO BOX 827810**<br>**ATLANTA, GA 30374-5618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,085.00 |
|---|---|---|---|
| | **BLACK BOX NETWORK SERVICES, INC**<br>**PO BOX 639875**<br>**CINCINNATI, OH 45263-9875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.00 |
|---|---|---|---|
| | **BREATHE EZ**<br>**28 LEE RD**<br>**PROSPECT, CT 06712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $351.50 |
|---|---|---|---|
| | **BRIGGS HEALTHCARE**<br>**ATTN: CREDIT SERVICES**<br>**7887 UNIVERSITY BLVD**<br>**CLIVE, IA 50325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.53 |
|---|---|---|---|
| | **BRISK COFFEE ROASTERS USA**<br>**402 N 22ND ST**<br>**TAMPA, FL 33605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Northeast Health Group, Inc.**

Name

Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**BROWN, MALITA**
**85 CHILSON RD**
**WILBRAHAM, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CANON SOLUTIONS AMERICA, INC.**
**15004 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CARDINAL HEALTH 200, LLC**
**PO BOX 730112**
**DALLAS, TX 75373-0080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CAREERBUILDER, LLC.**
**13047 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.26 |
|---|---|---|---|

**CARPENTER, THOMAS P.**
**PO BOX 554**
**MASHPEE, MA 02649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.10 |
|---|---|---|---|

**CARSTENS**
**141 W JACKSON BLVD #1000**
**LBX 95195**
**CHICAGO, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,460.50 |
|---|---|---|---|

**CENTURY LINEN EAST LLC**
**335 N MAIN ST**
**GLOVERSVILLE, NY 12078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor      **The Northeast Health Group, Inc.**                    Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |

**CERTIFIED LABORATORIES INC.**
**23261 NETWORK PLACE**
**CHICAGO, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219,737.00 |

**Chapin Center RE, LLC**
**200 Kendall Street**
**Springfield, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**CHICOPEE CHAMBER OF COMMERCE**
**48 CENTER STREET, SUITE 201**
**CHICOPEE, MA 01013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHICOPEE ELECTRIC LIGHT**
**725 FRONT ST**
**CHICOPEE, MA 01020-1778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHICOPEE, CITY OF**
**P O BOX 1570**
**SPRINGFIELD, MA 01101-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHUBB**
**PO BOX 382001**
**PITTSBURGH, PA 15250-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |

**CIECHOMSKI, PAUL**
**60 JUDD AVE**
**SO. HADLEY, MA 01075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Northeast Health Group, Inc.**                                              Case number (if known) _____
                    Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,698.00 |

**CINTAS FIRE PROTECTION INC-**
**P.O. BOX 636525**
**CINCINNATI, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,401.43 |

**COMCAST**
**PO BOX 70219**
**PHILADELPHIA, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**COMMONWEALTH CARE ALLIANCE**
**RE: JOHN ALTOMONTE**
**P O BOX 22280**
**PORTSMOUTH, NH 03802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**BOILER INSPECTION PROGRAM**
**BOSTON, MA 02241-7599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199,269.79 |

**COMMONWEALTH OF MASSACHUSETTS**
**PO Box 3538**
**BOSTON, MA 02241-3538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,239.34 |

**CONSULTING SUPPORT SERVICES, LLC**
**1665 PALM BEACH LAKES BLVD, STE 400**
**WEST PALM BEACH, FL 33401-2116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |

**COPY CAT PRINT SHOP**
**138 MEMORIAL AVE**
**WEST SPRINGFIELD, MA 01089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Northeast Health Group, Inc.**                              Case number *(if known)* _____

Name

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CURASPAN HEALTH GROUP, INC**
**PO BOX 744204**
**ATLANTA, GA 30374-4204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DAFONSECA, LUIS**
**3 GEORGE ST**
**HOLYOKE, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DALE, LINDA**
**201 WILLOWMERE LANE**
**AMBLER, PA 19002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,076.08**

**DANIELS EQUIPMENT COMPANY, INC**
**45 PRISCILLA LANE**
**AUBURN, NH 03032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DAS ALARM SYSTEMS, INC**
**845 AIRPORT INDUSTRIAL PARK ROAD**
**WESTFIELD, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DAVE'S TRUCK REPAIR, INC**
**649 COTTAGE STREET**
**SPRINGFIELD, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,576.78**

**DEDICATED IT, LLC**
**754 PARK AVE**
**LAKE PARK, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Northeast Health Group, Inc.**            Case number *(if known)* _____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DELANEY COMMUNICATIONS, INC**
**SENTIMENTAL PRODUCTIONS**
**P.O. BOX 14716**
**CINCINNATI, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DEPARTMENT OF THE STATE TREASURER**
**ONE ASHBURN PLACE, 12TH FL**
**BOSTON, MA 02108-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,548.24 |
|---|---|---|---|

**DIRECT SUPPLY EQUIPMENT**
**BOX 88201**
**MILWAUKEE, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DLA PIPER LLC**
**PO BOX 75190**
**BALTIMORE, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DON GI LI INVESTMENT GROUP, INC.**
**LABEL TAPE SYSTEMS**
**5563 MARQUESAS CIRCLE**
**SARASOTA, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.00 |
|---|---|---|---|

**DSSI**
**6767 N INDUSTRIAL RD**
**MILWAUKEE, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,895.57 |
|---|---|---|---|

**ECOLAB (CENTER, INC.)**
**PO BOX 32027**
**NEW YORK, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Northeast Health Group, Inc.**                                    Case number (if known) _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **EDGE INFORMATION MGT, INC**<br>**1682 W. Hibiscus Blvd**<br>**MELBOURNE, FL 32901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,513.52** |
|---|---|---|---|
| | **EDWARD DON & COMPANY**<br>**2562 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,265.00** |
|---|---|---|---|
| | **EMERALD RESOURCES, INC**<br>**320 GATEWAY PARK DRIVE**<br>**NORTH SYRACUSE, NY 13212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.28** |
|---|---|---|---|
| | **ENCOMPASS CORPORATION**<br>**DEPT 40254**<br>**PO BOX 740209**<br>**ATLANTA, GA 30374-0209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,769.67** |
|---|---|---|---|
| | **EVERSOURCE ENERGY**<br>**PO BOX 55215**<br>**BOSTON, MA 02205-5215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,469.20** |
|---|---|---|---|
| | **EXCEL NURSING SERVICES INC**<br>**4 STONY HILL RD.**<br>**WILBRAHAM, MA 01095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,777.59** |
|---|---|---|---|
| | **EXPERT STAFFING, LLC**<br>**PO BOX 419**<br>**OXFORD, MA 01540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **The Northeast Health Group, Inc.**

Name

Case number (if known) _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,098.92** |
|---|---|---|---|

**FACILITY SUPPORT COMPANY LLC**
**1665 PALM BEACH LAKES BLVD, STE 400**
**WEST PALM BEACH, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FALLON HEALTH**
**FINANCE DEPT**
**10 CHESTNUT ST**
**WORCESTER, MA 01608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,397.12** |
|---|---|---|---|

**FAVORITE HEALTHCARE STAFFING**
**PO BOX 26225**
**OVERLAND PARK, KS 66225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,217.00** |
|---|---|---|---|

**FIRST CHOICE STAFFING SERV**
**187A HIGH STREET**
**HOLYOKE, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.00** |
|---|---|---|---|

**FLETCHER SEWER & DRAIN, INC**
**PO BOX 554**
**LUDLOW, MA 01056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,123.93** |
|---|---|---|---|

**FM GENERATOR INC**
**PO BOX 528**
**CANTON, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.00** |
|---|---|---|---|

**FOREST HILLS LANDSCAPING**
**P O BOX 80341**
**FOREST PARK STATION**
**SPRINGFIELD, MA 01138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Northeast Health Group, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209,320.00** |

**FORTUNA HEALTH SERVICES**
**1665 PALM BEACH LAKES BLVD, STE 400**
**WEST PALM BEACH, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,970.00** |

**FREEMAN AIR**
**5 PARSONS DR**
**BEVERLY, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.25** |

**FUN EXPRESS LLC**
**PO BOX 14463**
**DES MOINES, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,190.00** |

**GALLAGHER BASSETT SERVICES INC**
**15763 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$793.48** |

**GALLERY COLLECTION, THE**
**PRUDENT PUBLISHING**
**PO BOX 23046**
**NEW YORK, NY 10087-3406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,619.54** |

**GARELICK FARMS-FRANKLIN**
**PO BOX 844358**
**BOSTON, MA 02284-4358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**GENERAL HEALTHCARE RESOURCES, INC**
**2250 HICKORY RD, STE 240**
**PLYMOUTH MEETING, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Northeast Health Group, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.99** |
| --- | --- | --- |
| **GMEC ENTERPRISES LLC**<br>**45 ALDEN RD**<br>**FAIRHAVEN, MA 02719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,820.00** |
| --- | --- | --- |
| **GOLDEN ACRES LANDSCAPING**<br>**PO BOX 347**<br>**SOUTHWICK, MA 01077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$256,008.00** |
| --- | --- | --- |
| **Governor's Center RE, LLC**<br>**66 Broad Street**<br>**Westfield, MA 01085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,290.76** |
| --- | --- | --- |
| **GRAINGER, W W INC**<br>**P.O. BOX 419267**<br>**KANSAS CITY, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289.50** |
| --- | --- | --- |
| **GREATER SPRINGFIELD SURGERY**<br>**CENTER LLC**<br>**PO BOX 1003**<br>**AVON, CT 06001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.89** |
| --- | --- | --- |
| **HANGER PROSTHETICS & ORTHOTICS, INC**<br>**P.O. BOX 650846**<br>**DALLAS, TX 75265-0846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.00** |
| --- | --- | --- |
| **HARMONY ENVIRONMENT, INC**<br>**PO BOX 777**<br>**LUDLOW, MA 01056-0777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The Northeast Health Group, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.91** |
| --- | --- | --- | --- |
| | **HD SUPPLY FACILITIES MAINTENANCE**<br>**P O BOX 509058**<br>**SAN DIEGO, CA 92150-9058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$804,652.34** |
| --- | --- | --- | --- |
| | **HEALTHCARE SERVICES GROUP, INC.**<br>**3220 TILLMAN DR, STE 300**<br>**BENSALEM, PA 19020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,434.88** |
| --- | --- | --- | --- |
| | **HEALTHDRIVE BEHAVIORAL HEALTH**<br>**PO BOX 22010**<br>**NEW YORK, NY 10087-2010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.24** |
| --- | --- | --- | --- |
| | **HERITAGE TELECOM**<br>**1971 E BELTLINE NE STE 106/834**<br>**GRAND RAPIDS, MI 49525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.22** |
| --- | --- | --- | --- |
| | **HOLYOKE MEDICAL CENTER, INC**<br>**PO BOX 0002**<br>**SPRINGFIELD, MA 01101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.00** |
| --- | --- | --- | --- |
| | **HOOD PROS, INC**<br>**82 BONNEVILLE AVE.**<br>**CHICOPEE, MA 01013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,264.16** |
| --- | --- | --- | --- |
| | **HUMANA INSURANCE COMPANY**<br>**PO BOX 4615**<br>**CAROL STREAM, IL 60197-4615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **The Northeast Health Group, Inc.**                    Case number (if known) _____
　　　　　Name

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$981.00** |
|---|---|---|---|

**ICATHOLIC MEDIA INC.**
**66 BROOKS DRIVE**
**BRAINTREE, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,696.60** |
|---|---|---|---|

**INDEED INC**
**MAIL CODE 5160**
**PO BOX 660367**
**DALLAS, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,980.64** |
|---|---|---|---|

**INSIGHT DIRECT USA, INC**
**PO BOX 731069**
**DALLAS, TX 75373-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$702.50** |
|---|---|---|---|

**INSTALLATIONS PLUS**
**PO BOX 403**
**MARION, CT 06444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,444.38** |
|---|---|---|---|

**INTELYCARE INC**
**PO BOX 200413**
**PITTSBURGH, PA 15251-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$838.70** |
|---|---|---|---|

**INTERMEDIA.NET INC**
**PO BOX 888897**
**LOS ANGELES, CA 90088-8897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**ATTN: FORM 5330**
**ODGEN, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.96** | Nonpriority creditor's name and mailing address

**INVACARE CORPORATION**
**PO BOX 824056**
**PHILADELPHIA, PA 19182-4056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**IRON MOUNTAIN, INC**
**PO BOX 27128**
**NEW YORK, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,291.83**

---

**3.98** | Nonpriority creditor's name and mailing address

**JJK & SON SERVICES LLC**
**11 FLORENCE STREET**
**CHICOPEE, MA 01013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$28,598.28**

---

**3.99** | Nonpriority creditor's name and mailing address

**JOHNSON CONTROLS FIRE PROTECTION**
**LP**
**DEPT CH 10320**
**PALATINE, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

**3.100** | Nonpriority creditor's name and mailing address

**JUST MEDICAL, INC**
**1071 JAMESTOWN BLVD, D-6**
**WATKINSVILLE, GA 30677-4137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.101** | Nonpriority creditor's name and mailing address

**KANE FINANCIAL SERVICES**
**1665 PALM BEACH LAKES BLVD**
**STE 400**
**WEST PALM BEACH, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$210,663.09**

---

**3.102** | Nonpriority creditor's name and mailing address

**KC MECHANICAL**
**PO BOX 392**
**WESTFIELD, MA 01086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$924.00**

---

Debtor    **The Northeast Health Group, Inc.**                                           Case number (if known) _____
           _____
           Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KCI USA, INC**
**PO BOX 301557**
**DALLAS, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,175.00 |
|---|---|---|---|

**KELCON, LLC**
**P.O. BOX 322**
**WEST SPRINGFIELD, MA 01090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KITTREDGE EQUIPMENT CO, INC**
**100 BOWLES ROAD**
**AGAWAM, MA 01001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.35 |
|---|---|---|---|

**LAND & WHEELS INSTANT SUPPLY, INC**
**7811 N 86TH STREET**
**MILWAUKEE, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LIFE SAFETY SERVICES, LLC**
**908 S 8TH STREET**
**LOUISVILLE, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**LISA KILLIPS CNP CONSULTATION**
**SERVICES**
**PO BOX 1425**
**SOUTHWICK, MA 01077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,332.48 |
|---|---|---|---|

**LITURGICAL PUBLICATIONS, INC**
**MESSNER PUBLICATIONS**
**4560 E 71 STREET**
**CUYAHOGA HEIGHTS, OH 44105-5604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Northeast Health Group, Inc.**
Name

Case number *(if known)*

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,685.00** |

**LOGISTICAL HEALTH**
**54 WESLEYON ST**
**SHREWSBURY, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**LTC INSURANCE SERVICES, LLC**
**20 DONATI RD, STE 300**
**PITTSBURGH, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,760.00** |

**MAKO MEDICAL LABORATORIES LLC**
**4901 GLENWOOD AVE**
**RALEIGH, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,980.52** |

**MANNY'S PLUMBING & HEATING INC**
**47 TENNIS RD**
**AGAWAM, MA 01001-2353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MARCUS PRINTING, INC**
**750 MAIN ST**
**HOLYOKE, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,033.00** |

**MARSH USA INC.**
**PO BOX 846015**
**DALLAS, TX 75284-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,565.77** |

**MAS MEDICAL STAFFING**
**PO BOX 4473**
**HOUSTON, TX 77210-4473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Northeast Health Group, Inc.**
_____
Name

Case number (if known) _____

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,897.80 |
|---|---|---|---|

**MASSACHUSETTS SENIOR CARE ASSOC**
PO BOX 1657
EASTON, MA 02334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MASSACHUSETTS SENIOR CARE FOUNDATION**
800 S ST STE 280
WALTHAM, MA 02453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,303.60 |
|---|---|---|---|

**MCKESSON MEDICAL SURGICAL MINNESOTA SUPPLY INC**
WESTFIELD, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.00 |
|---|---|---|---|

**MED EXPRESS URGENT CARE MASS**
PO BOX 14865
BELFAST, ME 04915-4043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,660.00 |
|---|---|---|---|

**MEDICAL COLLECTION GROUP LLC**
PO BOX 49094
TAMPA, FL 33646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.01 |
|---|---|---|---|

**MOOD MEDIA**
PO BOX 71070
CHARLOTTE, NC 28272-1070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**MSL, P.A.**
500 E. BROWARD  BLVD
SUITE 1550
FT. LAUDERDALE, FL 33394

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**MYSENIORCENTER**
**PO BOX 55071**
**#30713**
**BOSTON, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NASI WELFARE FUND**
**8000 CORPORATE DR**
**LANDOVER, MA 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.24 |
|---|---|---|---|

**NATIONAL AMBULANCE**
**425 ST JAMES AVE**
**SPRINGFIELD, MA 01109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**NATIONAL SCALE OF NEW ENGLAND INC**
**PO BOX 332**
**WILBRAHAM, MA 01095-0332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,348.36 |
|---|---|---|---|

**NAVEX GLOBAL**
**PO BOX 60941**
**CHARLOTTE, NC 28260-0941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**NET HEALTH SYSTEMS INC**
**PO BOX 72046**
**CLEVELAND, OH 44192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.58 |
|---|---|---|---|

**NEW ENGLAND ORTHOPEDIC SURGEONS**
**300 BIRNIE AVE, STE 201**
**SPRINGFIELD, MA 01107-1121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.78**

**NEW ENGLAND RETINA CONSULTANTS**
**3640 MAIN ST**
**STE 201**
**SPRINGFIELD, MA 01107-1139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NEW ENGLAND SURGICAL, INC**
**PO BOX 470**
**FALL RIVER, MA 02722-0470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.00**

**NEW HORIZON COMMUNICATIONS**
**PO BOX 981073**
**BOSTON, MA 02298-1073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,365.81**

**NEW SOURCE MEDICAL LLC**
**9913 SHELBYVILLE RD STE 203**
**LOUISVILLE, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NICHOLAS F. ORTIZ P.C,**
**LAW OFFICES OF**
**50 CONGRESS ST, SUITE 540**
**BOSTON, FL 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,492.00**

**NORTON & ASSOCIATES INC**
**PO BOX 310**
**COHASSET, MA 02025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.00**

**OCCUPATIONAL HEALTH CENTERS OF**
**THE SW,**
**PO BOX 20127**
**CRANSTON, RI 02920-0942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Northeast Health Group, Inc.**                                    Case number (if known) _____
_____
Name

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.95** |
|---|---|---|---|

**ON HOLD CONCEPTS INC**
**5521 100TH ST. SW**
**LAKEWOOD, WA 98499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$510.20** |
|---|---|---|---|

**ORACLE AMERICA INC**
**PO BOX 203448**
**DALLAS, TX 75320-3448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.25** |
|---|---|---|---|

**ORTHOTICS & PROSTHETICS LABS, INC**
**3500 MAIN STREET**
**SUITE 101**
**SPRINGFIELD, MA 01107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,089.55** |
|---|---|---|---|

**OTIS ELEVATOR COMPANY**
**PO BOX 13716**
**NEWARK, NJ 07188-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$693.00** |
|---|---|---|---|

**PACIFIC TELEMANAGEMENT SERVICES**
**2415 SAN RAMON VALLEY BLVD**
**SUITE 4-408**
**SAN RAMON, CA 94583-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266,299.44** |
|---|---|---|---|

**PHARMERICA**
**PO BOX 409251**
**ATLANTA, GA 30384-9251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.15** |
|---|---|---|---|

**PIONEER SPINE & SPORTS PHYSICIANS PC**
**P.O. BOX 1151**
**WEST SPRINGFIELD, MA 01090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **The Northeast Health Group, Inc.**                    Case number (if known) _____

Name

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.23 |
|---|---|---|---|

**PIONEER VALLEY UROLOGY PC**
**100 WASON AVE**
**SPRINGFIELD, MA 01107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**PITNEY BOWES GLOBAL FINANCIAL SER**
**PO BOX 981022**
**BOSTON, MA 02298-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.00 |
|---|---|---|---|

**PITNEY BOWES PURCHASE POWER**
**PO BOX 981026**
**BOSTON, MA 02298-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PITNEY BOWES, INC**
**PO BOX 371896**
**PITTSBURGH, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,508.37 |
|---|---|---|---|

**POINTCLICKCARE TECHNOLOGIES INC.**
**PO BOX 674802**
**DETROIT, MI 48267-4802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,432.68 |
|---|---|---|---|

**POST ACUTE CARE CLINICIANS LLC**
**819 WORCESTER ST STE 1**
**SPRINGFIELD, MA 01151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PPEX, LLC**
**2525 15TH STREET**
**DENVER, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Northeast Health Group, Inc.**

Name

Case number *(if known)* _____

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PRO MAINTENANCE SUPPLY, INC**
**200 GROVE RD, STE B**
**PAULSBORO, NJ 08066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.22** |
|---|---|---|---|

**PROVIDER TRUST INC**
**PO BOX 306121**
**NASHVILLE, TN 37230-6121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.48** |
|---|---|---|---|

**QUADIENT FINANCE USA, INC**
**PO BOX 6813**
**CAROL STREAM, IL 60197-6813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**QUADIENT LEASING USA, INC**
**PO BOX 123682, DEPT 3682**
**DALLAS, TX 75312-3682**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.09** |
|---|---|---|---|

**RAINTECH**
**250 SHELDON RD**
**MANCHESTER, CT 06042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RENE L. COTE SONS, INC.**
**896 MAIN STREET**
**HOLYOKE, MA 01040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,984.75** |
|---|---|---|---|

**RICOH USA INC**
**PO BOX 827577**
**PHILADELPHIA, PA 19182-7577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Northeast Health Group, Inc.**   Case number *(if known)* _____
_____
Name

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.64** |
|---|---|---|---|

**ROSIE CONNECTIVITY SOLUTIONS INC**
**PO BOX 14409**
**SAVANNAH, GA 31416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROTO ROOTER SERVICES CO, INC**
**5672 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,292.02** |
|---|---|---|---|

**RYBEN STAFFING LLC**
**177 HUNTINGTON AVE STE 1703 #87882**
**BOSTON, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SAFE-SOURCE, LLC**
**255 S ORANGE AVE**
**SUITE 600**
**ORLANDO, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.14** |
|---|---|---|---|

**SC ORTHOPEDICS OF NEW ENGLAND PC**
**401 CHESTNUT ST**
**SPRINGFIELD, MA 01104-2377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,550.18** |
|---|---|---|---|

**SCHMIDT & SIKES PC**
**1275 ELM STREET**
**SUITE E**
**WEST SPRINGFIELD, MA 01089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,404.30** |
|---|---|---|---|

**SCHMITT, M L ELECTRICAL, INC**
**371 TAYLOR ST**
**PO BOX 2070**
**SPRINGFIELD, MA 01101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Northeast Health Group, Inc.**                    Case number (if known) _____
 Name

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
SECURE CARE PRODUCTS, INC
DEPT 1530
P.O. BOX 4110
WOBURN, MA 01888-4110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,038,794.60**
SELECT REHABILITATION INC
2600 COMPASS RD
GLENVIEW, IL 60026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$207.38**
SERV-U LOCKSMITHS, INC
977 ST JAMES AVE
SPRINGFIELD, MA 01104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$205.26**
SHARE CORP
PO BOX 8867
CAROL STREAM, IL 60197-8867

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127.95**
SIR SPEEDY PRINTING #8108
1441 MAIN ST
SPRINGFIELD, MA 01103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,582.94**
SMARTLINX SOLUTIONS LLC
PO BOX 22598
NEW YORK, NY 10087-2598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
SOCIAL SECURITY ADMINISTRATION
RE: LARRY WOODBERRY
PO BOX 3430
PHILADELPHIA, PA 19122-9985

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,819.07**

SPECIALIZED MEDICAL SERVICES, INC
PO BOX 746058
ATLANTA, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$356.50**

SPECTOR, GADON & ROSEN PC
SEVEN PENN CENTER
1635 MARKET ST, 7TH FLOOR
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

SPRINGFIELD WATER & SEWER
COMMISSION
P O BOX 3688
SPRINGFIELD, MA 01101-3688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

SPRINGFIELD, CITY OF
HEALTH & HUMAN SERVICES
311 STATE STREET
SPRINGFIELD, MA 01105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.65**

SPRINGFIELD, CITY OF
PO BOX 4124
WOBURN, MA 01888-4124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,245.52**

STAPLES ADVANTAGE INC
500 STAPLES DRIVE
FARMINGHAM, MA 01702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.82**

STERICYCLE, INC
PO BOX 6582
CAROL STREAM, IL 60197-6582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$346.52**

SURGI-CARE INC
P.O. BOX 223808
PITTSBURGH, PA 15251-2808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.52**

SYMPHONY DIAGNOSTIC SERVICES NO 1
LLC
PO BOX 825822
PHILADELPHIA, PA 19182-5822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2022

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,473.91**

SYSCO CORPORATION
24500 NORTHWEST FRWY
CYPRESS, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,693.18**

SYSTEM COORDINATED SERVICES INC
LIFE LABORATORIES
PO BOX 415169
BOSTON, MA 02241-5169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TELAN, MELTZ, WALLACE & EIDE PA
901 N LAKE DESTINY RD, SUITE 450
MAITLAND, FL 32751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,591.20**

TENNETECH LLC
4172 CLOVERCROFT RD
FRANKLIN, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.42**

THE HOME DEPOT PRO
P.O.BOX 404284
ATLANTA, GA 30384-4284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Northeast Health Group, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UFCW LOCAL 1459**
**33 EASTLAND ST**
**SPRINGFIELD, MA 01109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$411.79** |
|---|---|---|---|

**UNITED PARCEL SERVICE**
**PO BOX 650116**
**DALLAS, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**US DEPARTMENT OF LABOR**
**OCCUP SAFETY & HEALTH ADMIN**
**1441 MAIN STREET ROOM 550**
**SPRINGFIELD, MA 01103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VIRTUAL CARE PROVIDER, INC**
**ACCTS REC/FIN REPORTING & TREAS**
**1555 N RIVERCENTER DR., STE 202**
**MILWAUKEE, WI 53212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$887.26** |
|---|---|---|---|

**VOTACALL, INC**
**1504 PROVIDENCE HWY STE 19**
**NORWOOD, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**W B MASON CO, INC**
**PO BOX 981101**
**BOSTON, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,215.28** |
|---|---|---|---|

**WALTHAM SERVICES LLC**
**PO BOX 540538**
**WALTHAM, MA 02454-0538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address
**WEL-DESIGN ALARM SYSTEMS, INC**
**2 WESTON ST**
**WILBRAHAM, MA 01095-1031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,546.98**

---

**3.195** | Nonpriority creditor's name and mailing address
**WELLS FARGO FINANCIAL LEASING**
**P.O. BOX 41564**
**PHILADELPHIA, PA 19101-1564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,054.45**

---

**3.196** | Nonpriority creditor's name and mailing address
**WELLSKY CORPORATION**
**PO BOX 200086**
**DALLAS, TX 75320-0086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.197** | Nonpriority creditor's name and mailing address
**WEST CENTRAL FAMILY & COUNSELING**
**PO BOX 22010**
**NEW YORK, NY 10087-2010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,617.13**

---

**3.198** | Nonpriority creditor's name and mailing address
**WESTFIELD, CITY OF**
**PO BOX 9249**
**CHELSEA, MA 02150-9249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199** | Nonpriority creditor's name and mailing address
**WILD MARKETING GROUP, INC**
**N7W22025 JOHNSON DR #101**
**WAUKESHA, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$493.84**

---

**3.200** | Nonpriority creditor's name and mailing address
**Willimansett Center East RE, LLC**
**11 St. Anthony Street**
**Chicopee, MA 01013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$230,865.00**

---

| Debtor | The Northeast Health Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349,581.00 |
|---|---|---|---|

**Willimnasett Center West RE, LLC**
**546 Chicopee Street**
**Chicopee, MA 01013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.70 |
|---|---|---|---|

**WINDSTREAM**
**PO BOX 9001013**
**LOUISVILLE, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,415.08 |
|---|---|---|---|

**WORLDWIDE STAFFING**
**3622 LYCKAN PARKWAY**
**SUITE 3003**
**DURHAM, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WORXTIME, LLC**
**360 B QUALITY CIRCLE**
**SUITE 220**
**HUNTSVILLE, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,663.35 |
|---|---|---|---|

**XCEL MED LLC**
**7444 W WILSON AVE**
**HARWOOD HEIGHTS, IL 60706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,657.00 |
|---|---|---|---|

**ZURICH NORTH AMERICA**
**8734 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **The Northeast Health Group, Inc.**

Name

Case number (if known)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **6,549,145.81** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | **6,549,145.81** |

**Fill in this information to identify the case:**

Debtor name    **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **200 Kendall Street, Springfield, MA** <br><br> State the term remaining — **14 Years and 5 Months** <br><br> List the contract number of any government contract — _____ | **Chapin Center RE LLC** <br> **200 Kendall Street** <br> **Springfield, MA 01104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Conveyor - Chapin Center** <br><br> State the term remaining — **Month to Month** <br><br> List the contract number of any government contract — _____ | **Ecolab** <br> **P.O. Box 32027** <br> **New York, NY 10087-2027** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Door and Hood - Governor's Center** <br><br> State the term remaining — **Month to Month** <br><br> List the contract number of any government contract — _____ | **Ecolab** <br> **P.O. Box 32027** <br> **New York, NY 10087-2027** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Door and Hood - Willimansett Center East** <br><br> State the term remaining — **Month to Month** <br><br> List the contract number of any government contract — _____ | **Ecolab** <br> **P.O. Box 32027** <br> **New York, NY 10087-2027** |

Debtor 1    **The Northeast Health Group, Inc.**                                        Case number (*if known*) _____
_____    _____    _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Conveyor - Willimansett Center West** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **Ecolab** **P.O. Box 32027** **New York, NY 10087-2027** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **66 Broad Street, Westfield, MA** |
| State the term remaining | **14 Years and 5 Months** |
| List the contract number of any government contract | **Governor's Center RE LLC** **66 Broad Street** **Westfield, MA 01085** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine Willimansett East** |
| State the term remaining | **4 years and 9 months** |
| List the contract number of any government contract | **Quadient Leasing** **P.O. Box 123682, Dept 3682** **Dallas, TX 75312-3682** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine - Willimansett West** |
| State the term remaining | **1 year and 1 Month** |
| List the contract number of any government contract | **Quadient Leasing** **P.O. Box 123682, Dept 3682** **Dallas, TX 75312-3682** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine - Governor's Center** |
| State the term remaining | **9 Months** |
| List the contract number of any government contract | **Quadient Leasing** **P.O. Box 123682, Dept 3682** **Dallas, TX 75312-3682** |

Debtor 1  **The Northeast Health Group, Inc.**                                    Case number (*if known*) _____
 First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine - Chapin Center** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Quadient Leasing** |
| | List the contract number of any government contract | _____ | **P.O. Box 123682, Dept 3682 Dallas, TX 75312-3682** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - 3767222A** | |
|---|---|---|---|
| | State the term remaining | **9 Months** | **Ricoh** |
| | List the contract number of any government contract | _____ | **P.O. Box 827577 Philadelphia, PA 19182-7577** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - 3774206** | |
|---|---|---|---|
| | State the term remaining | **9 Months** | **Ricoh** |
| | List the contract number of any government contract | _____ | **P.O. Box 827577 Philadelphia, PA 19182-7577** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - 3793284** | |
|---|---|---|---|
| | State the term remaining | **1 Year and 9 Months** | **Ricoh** |
| | List the contract number of any government contract | _____ | **P.O. Box 827577 Philadelphia, PA 19182-7577** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - 3806668** | |
|---|---|---|---|
| | State the term remaining | **1 Year and 11 Months** | **Ricoh** |
| | List the contract number of any government contract | _____ | **P.O. Box 827577 Philadelphia, PA 19182-7577** |

Debtor 1    **The Northeast Health Group, Inc.**                                Case number (*if known*) _____
       First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **11 St. Anthony Street, Chicopee, MA** | |
|---|---|---|---|
| | State the term remaining | **14 Years and  5 Months** | **Willimansett Center East LLC** |
| | List the contract number of any government contract | | **11 St. Anthony Street** **Chicopee, MA 01013** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **546 Chicopee Street, Chicopee, MA** | |
|---|---|---|---|
| | State the term remaining | **14 Years and 5 Months** | **Willimansett Center West LLC** |
| | List the contract number of any government contract | | **546 Chicopee Street** **Chicopee, MA 01013** |

**Fill in this information to identify the case:**

Debtor name   **The Northeast Health Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Chapin Center RE LLC** | **200 Kendall Street Springfield, MA 01104** | **Midland States Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Governor's Center RE LLC** | **66 Broad Street Westfield, MA 01085** | **Midland States Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Willimanset Center East RE LLC** | **11 Saint Anthony Street Chicopee, MA 01013** | **Midland States Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Willimansett Center West RE LLC** | **546 Chicopee Street Chicopee, MA 01013** | **Midland States Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**OFFICIAL FORM 7**

### United States Bankruptcy Court
**District of Massachusetts**

In re   **The Northeast Health Group, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

### DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I [We] _____**Ann Mullen DelCollo**_____, ***hereby declare(s) under penalty of perjury*** that all of the information contained in the forgoing documents (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   **April 13, 2023**

Signed: _____*Ann Mullen Del Collo*_____
**Ann Mullen DelCollo**
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   **April 13, 2023**

Signed:   /s/ Jonathan M. Horne _____
**Jonathan M. Horne**
**Murtha Cullina LLP**
**33 Arch Street, 12th Floor**
**Boston, MA 02110**
**617-457-4000**
**jhorne@murthalaw.com**
Attorney for Affiant